IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DESMOND PHIPPS,  )
   )
   Plaintiff,  )
   )
vs.  )   CIVIL NO. 11-147-GPM
   )
SEAN D. ADAMS, DAVID HEINE, and  )
KEITH BOWERS,  )
   Defendants.  )

# VERDICT FORM A

**We, the Jury**, find in favor of the plaintiff, Desmond Phipps, and against the following Defendant(s) for use of excessive force:

Sean D. Adams:    YES

David Heine:    YES

Keith Bowers:    YES

(write "yes" on the line next to the Defendant's name if you find against that Defendant)

We award <u>compensatory</u> damages in the amount of:

$ **500.00**       as against Sean D. Adams

$ **500.00**       as against David Heine

$ **500.00**       as against Keith Bowers

We award <u>punitive</u> damages in the amount of:

$ **4000.00**      as against Sean D. Adams

$ **1000.00**      as against David Heine

$ **1000.00**      as against Keith Bowers

- **Verdict Form A, signed:**



Dated: **10-4-12**