IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DESMOND PHIPPS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 11 CV 00147-GPM-DGW |
| v. ) | |
| ) | |
| SEAN D. ADAMS, DAVID HEINE, and ) | |
| KEITH BOWERS, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO VACATE JUDGMENT AND TO DISMISS THE ACTION**

Pursuant to Federal Rule of Civil Procedure 60(b), Defendants Sean D. Adams, David Heine, and Keith Bowers (hereinafter "Defendants"), by their attorney, Julie A. Bruch, and Plaintiff Desmond Phipps, by his attorney, Brian L. Polinske, move this court to vacate the October 4, 2012 judgment entered in this case against Defendants and to dismiss the action with prejudice, pursuant to the terms of the parties' settlement agreement. In support of this motion, the parties state as follows:

1. Judgment was entered in this case on October 4, 2012 in favor of Phipps and against Defendants. (Doc.78) Before any post-trial motions or notice of appeal was filed, Plaintiff entered into a settlement agreement with the Village of Cahokia. The parties do not admit liability or wrongdoing as part of this settlement. One condition of the settlement agreement is that the judgment in this case be vacated. Another condition is that the individual Defendants, each a police officer in the Village of Cahokia, be voluntarily dismissed, with prejudice.

1

2.      The parties now request that this court vacate the judgment entered in this case pursuant to Rule 60(b).  Federal Rule of Civil Procedure 60(b) grants a district court the authority to "relieve a party . . . from a final judgment" when "applying [the judgment] prospectively is no longer equitable" or for "any other reason that justifies relief."  *Fed. R. Civ. P.* 60(b)(5), (6).  Similarly, the "catch- all" clause of 60(b)(6), clearly "vests power in courts adequate to enable them to vacate judgments whenever such action is appropriate to accomplish justice."  *Klapprott v. United States*, 335 U.S. 601, 614–15 (1949).  Vacating the judgment in this case will serve the interests of the private litigants and the public.

3.      Upon vacating the judgment, the parties request that this court dismiss the action against each of the individual Defendants, with prejudice, pursuant to the settlement agreement reached between them.

WHEREFORE, Defendants and Plaintiff, Desmond Phipps, request that this court vacate the judgment entered on October 4, 2012, and dismiss this action, with prejudice, pursuant to the settlement agreement reached between the parties.

| | |
|---|---|
| **DESMOND PHIPPS** | **SEAN D. ADAMS, DAVID HEINE, KEITH BOWERS** |
| By: /s/ Brian L. Polinske (with consent) | By: /s/ Julie A. Bruch |
| Brian L. Polinske | Julie A. Bruch |
| Attorney for Plaintiff | Attorney for Defendants |
| 701 North Main Street | O'Halloran Kosoff Geitner & Cook, LLC |
| Edwardsville, IL 62025 | 650 Dundee Road |
| 618.692.6520 | Suite 475 |
| Polinske@sbcglobal.net | Northbrook, IL 60062 |
| | (847) 291-0200 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DESMOND PHIPPS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SEAN D. ADAMS, DAVID HEINE, and )<br>KEITH BOWERS, )<br>)<br>Defendants. ) | Case No.: 11 CV 00147-GPM-DGW |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2012, I electronically filed the Parties' Joint Motion to Vacate Judgment and to Dismiss the Action with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant(s):

Brian L. Polinske                               Sean K. Cronin
polinske@sbcglobal.net                  skc@bphlaw.com

By:   *s/Julie A. Bruch*
Julie A. Bruch, #6215813
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
e-mail: jbruch@okgc.com

3